1

2

3

4

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF CALIFORNIA
## FRESNO DIVISION

5

| IN RE: | CASE NO: 21-12613-B-13 |
|---|---|

6

WILLIAM RONALD CROSS, JR.
STEPHANIE KAYE CROSS

7

**CERTIFICATE OF SERVICE**
**DECLARATION OF MAILING**

Chapter: 13
ECF Docket Reference No. FW-1

8

Judge: Hon. René Lastreto
Hearing Location: Dept. B, Courtroom 13, 5th Floor, United

9

States Courthouse,  2500 Tulare St., Fresno, California 93721
Hearing Date: January 26, 2022

10

Hearing Time: 9:30 a.m.

11

On 12/8/2021, a copy of the following documents, described below,

12

MOTION TO CONFIRM FIRST MODIFIED CHAPTER 13 PLAN ECF Docket Reference No. FW-1

NOTICE OF MOTION TO CONFIRM FIRST MODIFIED CHAPTER 13 PLAN

13

FIRST MODIFIED CHAPTER 13 PLAN

14

DECLARATION OF WILLIAM RONALD CROSS, JR. IN SUPPORT OF MOTION TO CONFIRM FIRST MODIFIED
CHAPTER 13 PLAN

15

AMENDED SCHEDULES I AND J

16

EXHIBIT FOR MOTION TO CONFIRM FIRST MODIFIED CHAPTER 13 PLAN

17

18

19

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient

20

postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth
herein.

21

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above
referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of

22

Service and that it is true and correct to the best of my knowledge, information, and belief.

23

DATED: 12/8/2021

24

25



Jay S. Jump

26

BK Attorney Services, LLC
d/b/a certificateofservice.com, for

27

Gabriel J. Waddell
Fear Waddell, P.C.

28

7650 N. Palm Avenue, Suite 101
Fresno, CA  93711

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

OFFICE OF THE UNITED STATES TRUSTEE
UNITED STATES COURTHOUSE
2500 TULARE STREET STE 1401
FRESNO CALIFORNIA  93721-1326

MICHAEL H. MEYER
CHAPTER 13 TRUSTEE
PO BOX 28950
FRESNO CA 93729-8950

WILLIAM CROSS
STEPHANIE CROSS
3912 WEST ALLEN COURT
VISALIA CALIFORNIA 93291


ATTN: ALLY FINANCIAL DEPARTMENT
AIS PORTFOLIO SERVICES LP
ACCOUNT: XXXXXXXX5747
4515 N SANTA FE AVE. DEPT. APS
OKLAHOMA CITY OK 73118

MALCOLM ♦ CISNEROS A LAW CORPORATION
2112 BUSINESS CENTER DRIVE
IRVINE CALIFORNIA 92612

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM