# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF CALIFORNIA
# FRESNO DIVISION

| | |
|---|---|
| IN RE:<br><br>WILLIAM RONALD CROSS, JR<br>STEPHANIE KAYE CROSS | CASE NO: 21-12613-B-13<br><br>**CERTIFICATE OF SERVICE**<br>**DECLARATION OF MAILING**<br><br>Chapter: 13<br>ECF Docket Reference No. FW-1<br>Judge: Hon. René Lastreto<br>Hearing Location: Dept. B, Courtroom 13, 5th Floor, United States Courthouse,  2500 Tulare St., Fresno, California 93721<br>Hearing Date: January 26, 2022<br>Hearing Time: 9:30 a.m. |

On 12/8/2021, a copy of the following documents, described below,

NOTICE OF MOTION TO CONFIRM FIRST MODIFIED CHAPTER 13 PLAN ECF Docket Reference No. FW-1

FIRST MODIFIED CHAPTER 13 PLAN

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 12/8/2021



Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Gabriel J. Waddell
Fear Waddell, P.C.
7650 N. Palm Avenue, Suite 101
Fresno, CA  93711

```
PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM
```

CASE INFO

| | | |
|---|---|---|
| LABEL MATRIX FOR LOCAL NOTICING<br>09721<br>CASE 21-12613<br>EASTERN DISTRICT OF CALIFORNIA<br>FRESNO<br>WED DEC 8 11-51-49 PST 2021 | A R M SOLUTIONS<br>PO BOX 2929<br>CAMARILLO CA 93011-2929 | AIS PORTFOLIO SERVICES LP<br>ATTN ALLY FINANCIAL DEPARTMENT<br>4515 N SANTA FE AVE DEPT APS<br>OKLAHOMA CITY OK 73118-7901 |
| ACCLAIM CREDIT TECHNOLOGIES<br>227 N WEST ST<br>VISALIA CA 93291-6011 | AFFIRM INC<br>650 CALIFORNIA ST FL 12<br>SAN FRANCISCO CA 94108-2716 | AFFIRM INC<br>ATTN BANKRUPTCY<br>PO BOX 720<br>SAN FRANCISCO CA 94104-0720 |
| ALLY FINANCIAL<br>ATTN BANKRUPTCY<br>PO BOX 380901<br>BLOOMINGTON MN 55438-0901 | ALLY FINANCIAL<br>P O BOX 380901<br>BLOOMINGTON MN 55438-0901 | ARTIUS DERMATOLOGY ASSOC PC<br>1337 SOUTH LOVERS LANE SUITE D<br>VISALIA CA 93292-5249 |
| BB AND T<br>PO BOX 1847<br>WILSON NC 27894-1847 | BB T<br>ATTN CREDIT DISPUTES DEPT<br>CLEMMONS NC 27012 | CAPITAL ONE<br>ATTN BANKRUPTCY<br>PO BOX 30285<br>SALT LAKE CITY UT 84130-0285 |
| CAPITAL ONE<br>PO BOX 31293<br>SALT LAKE CITY UT 84131-0293 | CAPITAL ONE BANK USA NA<br>4515 N SANTA FE AVE<br>OKLAHOMA CITY OK 73118-7901 | CAPITAL ONE BASS PRO SHOPS<br>PO BOX 31293<br>SALT LAKE CITY UT 84131-0293 |
| CAVALRY PORTFOLIO SERVICES<br>500 SUMMIT LAKE DRIVE STE 400<br>VALHALLA NY 10595-2322 | CAVALRY PORTFOLIO SERVICES<br>ATTN BANKRUPTCY<br>500 SUMMIT LAKE DRIVE SUITE 400<br>VALHALLA NY 10595-2322 | CAVALRY SPV I LLC<br>500 SUMMIT LAKE DRIVE STE 400<br>VALHALLA NY 10595-2321 |
| JPMORGAN CHASE BANK N A<br>BANKRUPTCY MAIL INTAKE TEAM<br>700 KANSAS LANE FLOOR 01<br>MONROE LA 71203-4774 | CITIBANK<br>CITICORP CREDIT SRVS CENTRALIZED BK DEP<br>PO BOX 790034<br>ST LOUIS MO 63179-0034 | CITIBANK<br>PO BOX 6217<br>SIOUX FALLS SD 57117-6217 |
| CITIBANK CBNA<br>CITICORP CREDIT SRVS CENTRALIZED BK DEP<br>PO BOX 790034<br>ST LOUIS MO 63179-0034 | CITIBANK SEARS<br>CITICORP SRVS CENTRALIZED BK DEPT<br>PO BOX 790034<br>ST LOUIS MO 63179-0034 | CITIBANK SEARS<br>PO BOX 6217<br>SIOUX FALLS SD 57117-6217 |
| CITIBANK THE HOME DEPOT<br>CITICORP CREDIT SRVS CENTRALIZED BK DEP<br>PO BOX 790034<br>ST LOUIS MO 63179-0034 | CITIBANK THE HOME DEPOT<br>PO BOX 6497<br>SIOUX FALLS SD 57117-6497 | COMENITY BANK MAURICES<br>ATTN BANKRUPTCY<br>PO BOX 182125<br>COLUMBUS OH 43218-2125 |

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

| | | |
|---|---|---|
| COMENITY BANK MAURICES<br>PO BOX 182789<br>COLUMBUS OH 43218-2789 | COMENITY BANK WAYFAIR<br>ATTN BANKRUPTCY<br>PO BOX 182125COLUMBUS<br>COLUMBUS OH 43218 | COMENITY BANK WAYFAIR<br>PO BOX 182789<br>COLUMBUS OH 43218-2789 |
| COMENITYCAPITAL GOODSA<br>ATTN BANKRUPTCY DEPT<br>PO BOX 182125<br>COLUMBUS OH 43218-2125 | COMENITYCAPITAL GOODSA<br>PO BOX 182120<br>COLUMBUS OH 43218-2120 | COMENITYCB TIGERD<br>ATTN BANKRUPTCY<br>PO BOX 182125<br>COLUMBUS OH 43218-2125 |
| COMENITYCB TIGERD<br>PO BOX 182120<br>COLUMBUS OH 43218-2120 | STEPHANIE KAYE CROSS<br>3912 W ALLEN COURT<br>VISALIA CA 93291-4172 | DEBTOR<br>WILLIAM RONALD CROSS JR<br>3912 W ALLEN COURT<br>VISALIA CA 93291-4172 |
| DSNB MACY S<br>CITIBANK<br>1000 TECHNOLOGY DRIVE MS 777<br>O FALLON MO 63368-2222 | DISCOVER BANK<br>PO BOX 3025<br>NEW ALBANY OH 43054-3025 | DISCOVER FINANCIAL<br>ATTN BANKRUPTCY<br>PO BOX 3025<br>NEW ALBANY OH 43054-3025 |
| DISCOVER FINANCIAL SERVICES LLC<br>PO BOX 3025<br>NEW ALBANY OH 43054-3025 | EDUCATIONAL EMPLOYEES CREDIT UNION<br>P O BOX 5242<br>FRESNO CA 93755-5242 | ERC<br>PO BOX 23870<br>JACKSONVILLE FL 32241-3870 |
| EDUCATIONAL EMPLOYEES CU<br>ATTN BANKRUPTCY<br>PO BOX 5242<br>FRESNO CA 93755-5242 | EDUCATIONAL EMPLOYEES CU<br>POB 5242<br>FRESNO CA 93755-5242 | EQUIANT THOUSAND TRAILS<br>ATTN BANKRUPTCY<br>500 N JUNIPER DR STE 100<br>CHANDLER AZ 85226-2525 |
| EQUIANT THOUSAND TRAILS<br>POB 26<br>GAUTIER MS 39553-0026 | FORD MOTOR CREDIT COMPANY<br>P O BOX 62180<br>COLORADO SPRINGS CO 80962-2180 | FINGERHUT<br>6250 RIDGEWOOD ROAD<br>SAINT CLOUD MN 56303-0820 |
| FINGERHUT<br>ATTN BANKRUPTCY<br>6250 RIDGEWOOD ROAD<br>SAINT CLOUD MN 56303-0820 | FIRST ELECTRONIC BANK<br>ATTN BANKRUPTCY<br>PO BOX 521271<br>SALT LAKE CITY UT 84152-1271 | FIRST ELECTRONIC BANK<br>PO BOX 4499<br>BEAVERTON OR 97076-4499 |
| FORD MOTOR CREDIT COMP<br>POB 54200<br>OMAHA NE 68154-8000 | FRANCHISETAX BOARD<br>BANKRUPTCY SECTION MSA340<br>PO BOX 2952<br>SACRAMENTO CA 95812-2952 | HUNT HENRIQUES ATTORNEYS<br>7017 REALM DR<br>SAN JOSE CA 95119-1491 |

Filed 12/08/21    Case 21-12613    Doc 28

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

```
INTERNAL REVENUE SERVICE              JPMORGAN CHASE BANK NA                CHRISTINA KHIL
PO BOX 7346                           SBMT CHASE BANK USA NA                2112 BUSINESS CENTER DR 2ND FL
PHILADELPHIA PA 19101-7346            CO NATIONAL BANKRUPTCY SERVICES LLC   IRVINE CA 92612-7135
                                      PO BOX 9013
                                      ADDISON TEXAS 75001-9013


KINGS FEDERAL CREDIT U                KOHLS                                 KOHLS CAPITAL ONE
1415 W LACEY BLVD                     PERITUS PORTFOLIO SERVICES II LLC     ATTN CREDIT ADMINISTRATOR
HANFORD CA 93230-5906                 PO BOX 141509                         PO BOX 3043
                                      IRVING TX 75014-1509                  MILWAUKEE WI 53201-3043


KOHLS CAPITAL ONE                     LVNV FUNDING LLC                      LVNV FUNDING LLC
PO BOX 3115                           C O RESURGENT CAPITAL SERVICES        RESURGENT CAPITAL SERVICES
MILWAUKEE WI 53201-3115               PO BOX 10497                          PO BOX 10587
                                      GREENVILLE SC 29603-0497              GREENVILLE SC 29603-0587


LOANCARE LLC                          LOANCARE CIT BANK                     LOANCARE CIT BANK
MALCOLM CISNEROS                      3637 SENTARA WAY                      ATTN CONSUMER SOLUTIONS DEPT
2112 BUSINESS CENTER DRIVE            VIRGINIA BEACH VA 23452-4262          PO BOX 8068
IRVINE CA 92612-7135                                                        VIRGINIA BEACH VA 23450-8068


                                      EXCLUDE
MIDLAND CREDIT MANAGEMENT INC         MICHAEL H MEYER                       MIDLAND CREDIT MANAGEMENT
PO BOX 2037                           PO BOX 28950                          350 CAMINO DE LA REINE SUITE 100
WARREN MI 48090-2037                  FRESNO CA 93729-0950                  SAN DIEGO CA 92108-3007


EXCLUDE
OFFICE OF THE US TRUSTEE              PORTFOLIO RECOVERY ASSOCIATES LLC     SF FIRE CU LENDING SO
UNITED STATES COURTHOUSE              PO BOX 41067                          3201 CALIFORNIA ST
2500 TULARE STREET ROOM 1401          NORFOLK VA 23541-1067                 SAN FRANCISCO CA 94118-1903
FRESNO CA 93721-1326


SYNCB HSN                             SYNCB HSN                             SYNCB PPC
ATTN BANKRUPTCY                       PO BOX 965017                         ATTN BANKRUPTCY
PO BOX 965060                         ORLANDO FL 32896-5017                 PO BOX 965060
ORLANDO FL 32896-5060                                                       ORLANDO FL 32896-5060


SYNCB PPC                             SYNCB CAR CARE PEP B                  SYNCB CAR CARE PEP B
PO BOX 965005                         ATTN BANKRUPTCY                       C O PO BOX 965036
ORLANDO FL 32896-5005                 PO BOX 965060                         ORLANDO FL 32896-5036
                                      ORLANDO FL 32896-5060


SYNCB CCAMTR                          SYNCB CCAMTR                          SYNCHRONY BANK
ATTN BANKRUPTCY                       C O PO BOX 965036                     ATTN BANKRUPTCY
PO BOX 965060                         ORLANDO FL 32896-5036                 PO BOX 965060
ORLANDO FL 32896-5060                                                       ORLANDO FL 32896-5060
```

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

```
SYNCHRONY BANK                    SYNCHRONY BANK CARE CREDIT        SYNCHRONY BANK CARE CREDIT
C O PO BOX 965036                 ATTN BANKRUPTCY DEPT              C O PO BOX 965036
ORLANDO FL 32896-5036             PO BOX 965064                     ORLANDO FL 32896-5036
                                  ORLANDO FL 32896-5064


SYNCHRONY BANK JCPENNEY           SYNCHRONY BANK JCPENNEY           SYNCHRONY BANK LOWES
ATTN BANKRUPTCY                   PO BOX 965007                     ATTN BANKRUPTCY
PO BOX 965064                     ORLANDO FL 32896-5007             PO BOX 965060
ORLANDO FL 32896-5064                                               ORLANDO FL 32896-5060


SYNCHRONY BANK LOWES              SYNCHRONY BANK QVC                SYNCHRONY BANK QVC
PO BOX 956005                     ATTN BANKRUPTCY DEPT              PO BOX 965005
ORLANDO FL 32896-0001             PO BOX 965060                     ORLANDO FL 32896-5005
                                  ORLANDO FL 32896-5060

                                                                    EXCLUDE
SYNCHRONY BANK HHGREGG            SYNCHRONY BANK NETWRK             GABRIEL J WADDELL
C O PO BOX 965036                 ATTN BANKRUPTCY                   7650 NORTH PALM AVENUE SUITE 101
ORLANDO FL 32896-5036             PO BOX 965060                     FRESNO CA 93711-5793
                                  ORLANDO FL 32896-5060
```

ADDRESSES WHERE AN EMAIL IS PRESENT WERE SERVED VIA "NEF/ECF-SERVICE" THROUGH THE UNITED STATES BANKRUPTCY COURT'S NOTICE OF ELECTRONIC FILING ("NEF")SYSTEM.

(U.S. Trustee)
Office of the U.S. Trustee
United States Courthouse
2500 Tulare Street, Room 1401
Fresno, CA 93721

ustpregion17.fr.ecf@usdoj.gov

(Trustee)
Michael H. Meyer
PO Box 28950
Fresno, CA 93729-8950

noticing@meyer13.com

(Creditor)
LoanCare, LLC
MALCOLM CISNEROS
2112 Business Center Drive
Irvine, CA 92612
represented by:
Christina Khil
2112 Business Center Dr 2nd Fl
Irvine, CA 92612

CAED_ECF@mclaw.org

David R. Jenkins
8050 N Palm Ave, Ste 300
Fresno, CA 93711

david@drjbklaw.com

(Debtor)
William Ronald Cross, Jr.
3912 W. Allen Court
Visalia, CA 93291
represented by:
Gabriel J. Waddell
7650 North Palm Avenue, Suite 101
Fresno, CA 93711

gwaddell@fearlaw.com

David R. Jenkins
8050 N Palm Ave, Ste 300
Fresno, CA 93711

david@drjbklaw.com

(Joint Debtor)
Stephanie Kaye Cross
3912 W. Allen Court
Visalia, CA 93291
represented by:
Gabriel J. Waddell
7650 North Palm Avenue, Suite 101
Fresno, CA 93711

gwaddell@fearlaw.com

(Creditor)
AIS Portfolio Services, LP
Attn: Ally Financial Department
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118